UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
**NEW YORK LIFE INSURANCE**
**COMPANY,**

                         **Plaintiff,**                    **ORDER**

                         -against-                         05-CV-1785 (FB)

**GURDEV KAUR SINGH,**
**RACHPAL SINGH and BALBIR SINGH,**

                         **Defendants.**
-----------------------------------------------------------------x

      The Clerk is directed to docket into the ECF system the attached fax transmission from London, which presumably consists of discovery documents from defendant/claimant Rachpal Singh. (The publicly filed copy has been redacted to delete Social Security numbers.)

      **SO ORDERED.**

Dated:    Brooklyn, New York
             October 17, 2005

                                                /s/
                                          **ROANNE L. MANN**
                                          **UNITED STATES MAGISTRATE JUDGE**